## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Gregory G. Fazzi                                     Case No. 07-31958-T
      Dorothy G. Fazzi                            Chapter 13
Debtor(s)

## <u>ORDER GRANTING APPLICATION FOR SUPPLEMENTAL COMPENSATION</u>

Upon the filing of an Application for Supplemental Compensation (the

"Application") by Boleman Law Firm, P.C. ("Boleman"), counsel for the Debtor(s), and it

appearing to the Court proper to do so, it is hereby

ORDERED that the Application is approved and the relief requested therein is

granted; it is further

ORDERED that supplemental fees in the amount of $150.00 are hereby

APPROVED for the following service(s);

| Description of Service | Fee Approved |
|---|---|
| Defense of motion to dismiss (settled) | $150.00 |
| | |

and it is further

ORDERED that the plan term shall not be increased and there shall be no

increase in the plan payment, notwithstanding that the dividend payable to the

unsecured creditors will be reduced due to the payment of the approved fees and it is

therefore

ORDERED that the Chapter 13 Trustee is to pay supplemental fees in a total

Laura T. Alridge (VSB#42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor(s)

amount of $150.00 to Boleman as an administrative expense pursuant to 11 U.S.C. §

503.

     The Clerk is directed to forward a copy of this Order to the parties listed on

the attached service list.

Date:_____

                               _____
                               United States Bankruptcy Judge

                   Entered on Docket:  _____

I ask for this:

 /s/ Laura T. Alridge
For the Boleman Law Firm, P.C.

Seen:

/s/_Carl M. Bates, Esquire
Carl M. Bates, Esquire
Chapter 13 Trustee

## **CERTIFICATION**

     Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have
endorsed the above order.

                   /s/ Laura T. Alridge
                   Counsel for Debtor(s)

### Parties to Receive Copies

Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia  23219

Gregory G. & Dorothy G. Fazzi
3612 Archers Hill
Powhatan, VA 23139-4236