**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: Gregory G. Fazzi | Case No. 07-31958-T |
| Dorothy G. Fazzi | Chapter 13 |
| Debtor(s) | |

## ORDER GRANTING APPLICATION FOR SUPPLEMENTAL COMPENSATION

Upon the filing of an Application for Supplemental Compensation (the "Application") by Boleman Law Firm, P.C. ("Boleman"), counsel for the Debtor(s), and it appearing to the Court proper to do so, it is hereby

ORDERED that the Application is approved and the relief requested therein is granted; it is further

ORDERED that supplemental fees in the amount of $150.00 are hereby APPROVED for the following service(s);

| Description of Service | Fee Approved |
|---|---|
| Defense of motion to dismiss (settled) | $150.00 |
| | |

and it is further

ORDERED that the plan term shall not be increased and there shall be no increase in the plan payment, notwithstanding that the dividend payable to the unsecured creditors will be reduced due to the payment of the approved fees and it is therefore

ORDERED that the Chapter 13 Trustee is to pay supplemental fees in a total

Laura T. Alridge (VSB#42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor(s)

amount of $150.00 to Boleman as an administrative expense pursuant to 11 U.S.C. § 503.

The Clerk is directed to forward a copy of this Order to the parties listed on the attached service list.

Date:_____

_____
United States Bankruptcy Judge

Entered on Docket: _____

I ask for this:

 /s/ Laura T. Alridge
For the Boleman Law Firm, P.C.

Seen:

/s/ Carl M. Bates, Esquire
Carl M. Bates, Esquire
Chapter 13 Trustee

## **CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

 /s/ Laura T. Alridge
Counsel for Debtor(s)

## Parties to Receive Copies

Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia  23219

Gregory G. & Dorothy G. Fazzi
3612 Archers Hill
Powhatan, VA 23139-4236